## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JANNETTE LOPEZ,                          :
                                         :
    Plaintiff,                          :
                                         :
v.                                       :        CIVIL ACTION NO.
                                         :        1:16-cv-1686-SCJ
RIVERWOODS BEHAVIORAL                    :
HEALTH, LLC, d/b/a LAKEVIEW             :
BEHAVIORAL HEALTH, LLC,                 :
                                         :
    Defendants.                         :

### ORDER

Plaintiff having filed a Notice of Acceptance of Rule 68 Offer of Judgment (Doc. No. [32]), pursuant to Federal Rule of Civil Procedure 68, the Court hereby **DIRECTS** the Clerk to enter judgment in favor of Plaintiff and against Defendant in the amount of **Fourteen Thousand Three Hundred Sixty-Six Dollars and Sixty-Two Cents ($14,366.62)**, **plus interest**, in satisfaction of Plaintiff's legal claims in this matter, exclusive of attorneys' fees and costs.  Pursuant to Federal Rule of Civil Procedure 54, Plaintiff shall file her Petition for Attorneys' Fees and Costs within **fourteen (14) days** of the entry of the Judgment.

**IT IS SO ORDERED**, this _17th_ day of February, 2017.

HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)