UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANNETTE LOPEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>RIVERWOODS BEHAVIORAL HEALTH, LLC, d/b/a LAKEVIEW BEHAVIORAL HEALTH, LLC,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 1:16-CV-1686-SCJ |

## J U D G M E N T

This action having come before the Court, Honorable Steve C. Jones, United States District Judge, on Plaintiff's Notice of Acceptance of Rule 68 Offer of Judgment, and the Court having directed the Clerk to enter judgment, it is

**Ordered and Adjudged** that judgment is entered in favor of Plaintiff and against Defendant in the amount of **Fourteen Thousand Three Hundred Sixty-Six Dollars and Sixty-Two Cents ($14,366.62), plus interest**, in satisfaction of Plaintiff's legal claims in this matter, exclusive of attorneys' fees and costs.

Dated at Atlanta, Georgia, this 17th day of February, 2017.

                                                                    JAMES N. HATTEN
                                                                    CLERK OF COURT

                                                        By:  s/ Rebecca Spratt
                                                                       Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  February 17, 2017
James N. Hatten
Clerk of Court

By: s/ Rebecca Spratt
       Deputy Clerk