IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JANNETTE LOPEZ | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | 1:16-cv-01686-SCJ |
| v. | ) | |
| | ) | |
| RIVERWOODS BEHAVIORAL | ) | JURY TRIAL DEMANDED |
| HEALTH, LLC, d/b/a LAKEVIEW | ) | |
| BEHAVIORAL HEALTH, LLC | ) | |
| | ) | |
| Defendant. | ) | |

_____

**NOTICE OF WITHDRAWAL OF PLAINTIFF JANNETTE LOPEZ'S MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS**

PLEASE TAKE NOTICE that Plaintiff Jannette Lopez hereby withdraws Plaintiff's Motion for Attorneys' Fees [Doc. 37] and Bill of Costs [Doc. 35] as the parties have reached an agreement with respect to Plaintiff's attorneys' fees and costs associated with this action.

Respectfully submitted, this 4th day of April, 2017.

              s/V. Severin Roberts
              V. Severin Roberts
              Georgia Bar No. 940504

BARRETT & FARAHANY
1100 Peachtree Street NE
Suite 500
Atlanta, Georgia 30309
severin@justiceatwork.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JANNETTE LOPEZ | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | 1:16-cv-01686-SCJ |
| v. | ) | |
| | ) | |
| RIVERWOODS BEHAVIORAL HEALTH, LLC, d/b/a LAKEVIEW BEHAVIORAL HEALTH, LLC | ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

_____

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF PLAINTIFF JANNETTE LOPEZ'S MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 4th day of April, 2017

s/V. Severin Roberts
V. Severin Roberts
Georgia Bar No. 940504